UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:10-CR-320-1BO
Civil No. 5:17-CV-294-BO

| | |
|---|---|
| MARKUS ODON MCCORMICK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _16_ day of June, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE